## **EXHIBIT A**

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT THE ABOVE-REFERENCED DEBT. ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT PURPOSE. FEDERAL LAW GIVES YOU THIRTY DAYS AFTER YOU RECEIVE THIS LETTER TO DISPUTE THE VALIDITY OF THE DEBT OR ANY PART OF IT. IF YOU DO NOT DISPUTE IT WITHIN THAT PERIOD, THIS FIRM WILL ASSUME THAT IT IS VALID. IF YOU DO DISPUTE IT, BY NOTIFYING THIS FIRM IN WRITING TO THAT EFFECT, THIS FIRM WILL, AS REQUIRED BY THE LAW, OBTAIN AND MAIL TO YOU PROOF OF THE DEBT. AND IF, WITHIN THE SAME PERIOD, YOU REQUEST IN WRITING THE NAME AND ADDRESS OF YOUR ORIGINAL CREDITOR, IF THE ORIGINAL CREDITOR IS DIFFERENT FROM THE CURRENT CREDITOR, THIS FIRM WILL FURNISH YOU WITH THAT INFORMATION TOO.

**Demand is hereby made for the payment of $19,192.67**, which is inclusive of the attorneys' fees and interest amounts referenced above. Unless payment arrangements are made with this office within **ten (10) days** from the date of this letter, I will advise my client to file a lien on the subject property. If necessary, Elevated Roofing will also proceed with arbitration against you for breach of contract, violation of the Prompt Payment Act, and violation of the Texas Trust Fund Act, to recover all damages including attorneys' fees, costs of arbitration and interest.