### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| Shawn Jaffer, individually and on behalf of all others similarly situated;<br>   Plaintiff,<br><br>v.<br><br>Kelly M. Davis & Associates, LLC and Elevated Roofing, LLC,<br>   Defendant(s) | Civil Action No: 4:19-cv-00860-RWS-KPJ |

### JOINT MOTION TO EXTEND DEADLINE FOR SUBMITTING DOCUMENTS FOR RESOLUTION OF CLAIMS

All parties by and through their undersigned counsel, hereby submit this Joint Motion to Extend the Deadline for finalizing and executing settlement and dismissal documents. Plaintiff and all Defendants have reached a settlement of this case and are presently finalizing and executing the settlement and dismissal documents, but the Court's current deadline for filing the dismissal documents of October 12, 2020, does not provide enough time to complete the settlement. In addition, Defendants' attorney, John Browning, has been appointed to the Fifth Court of Appeals, and his departure has caused a delay in finalizing the settlement documents.

Therefore, the parties respectfully request the court extend the deadline an additional thirty (30) days to execute the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/ Shawn Jaffer
Shawn Jaffer
State Bar No. 24107817
Shawn Jaffer Law Firm PLLC
Email: shawn@jaffer.law
13601 Preston Rd, Suite E750
Dallas, TX 75240
Telephone: (214) 210-0730
Facsimile: (214) 594-6100
*Attorneys for Plaintiff*

/s/ Jacob Sparks
JACOB SPARKS
State Bar No. 24066126
SPENCER FANE, LLP
jsparks@spencerfane.com
5700 Granite Parkway, Ste. 650
Plano, Texas 75024
(972) 324-0320 (Telephone)
(972) 324-0301 (Telecopier)
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2020, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Texas and served via CM/ECF upon all parties of record.

/s/ Jacob Sparks
Jacob Sparks

DA 1612078.1