# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SHAWN JAFFER, § | |
| Plaintiff, § | |
| v. § | Civil Action No.: 4:19-cv-00860-RWS-KPJ |
| KELLY M. DAVIS & ASSOCIATES, LLC, § | |
| Defendant. § | |

## ORDER

Before the Court is the parties' Joint Motion to Extend Deadline for Submitting Documents for Resolution of Claims (the "Motion") (Dkt. 41), wherein the parties request that the Court extend their deadline to submit all papers necessary for the resolution of their claims to November 11, 2020. Upon consideration, the Motion (Dkt. 41) is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit to the Court all papers necessary for the resolution of the claims between them **no later than November 11, 2020**.

**So ORDERED and SIGNED this 13th day of October, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE