# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SHAWN JAFFER, | § |
| Plaintiff, | § CIVIL ACTION NO. 4:19-CV-00860-RWS-KPJ |
| v. | § |
| KELLY M. DAVIS & ASSOCIATES, LLC, | § |
| Defendant. | § |

## ORDER

Before the Court is Plaintiff Shawn Jaffer and Defendant Kelly M. Davis & Associates, LLC's Rule 41 Agreed Motion to Dismiss with Prejudice (Docket No. 43). The motion is **GRANTED**. It is therefore

**ORDERED** that the above-titled action is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs. All relief not previously granted is **DENIED-AS-MOOT.**

So ORDERED and SIGNED this 17th day of November, 2020.

*[signature: Robert W Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE